UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bright Works Engineering, PLLC

Plaintiff(s),

v.

Camatic Proprietary Limited et al

Defendant(s).
______________________________/

Case No. 25-cv-10446

Judge F. Kay Behm

Magistrate Judge Kimberly G. Altman

**CERTIFICATION OF COMPLETION OF DISCOVERY MATTERS**

This matter was referred by an Order of Reference dated 12/8/2025, for the purpose of conducting all discovery matters. Discovery is closed except for the following:

Accordingly, pursuant to the direction of the Honorable F. Kay Behm, United States District Judge, the Order of Reference is now FULLY COMPLETED, and this matter is RETURNED to the District Judge for further proceedings.

s/Kimberly G. Altman
Kimberly G. Altman
United States Magistrate Judge

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date by electronic and/or first class mail.

Date: August 3, 2026

s/Dru Jennings
Case Manager/Deputy Clerk